**Winfred P. ADAMS, Major, USAF Retired, Appellant**

v.

**PERSONS UNLAWFULLY HOLDING THE OFFICES OF THE SECRETARY OF STATE, in the Governments and States of New Mexico, Col-**

orado, Wisconsin, Florida, Texas, and Missouri, and the United States, As the Agent of the American People, Appellee.

No. 05–5288.

United States Court of Appeals, District of Columbia Circuit.

Dec. 15, 2005.

Winfred P. Adams, Farmington, NM, for Appellant.

Before: GINSBURG, Chief Judge, and ROGERS and TATEL, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. It is

**ORDERED AND ADJUDGED** that the district court's order filed June 23, 2005 be affirmed. The district court did not abuse its discretion in dismissing appellant's complaint as a result of appellant's failure to comply with the service requirements of Fed.R.Civ.P. 4(m). *See Moore v. Jackson,* 123 F.3d 1082, 1085 (8th Cir.1997) (per curiam) (court of appeals reviews dismissal under Rule 4(m) for abuse of discretion).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.